ALAN H. KIRSHEN, APPELLANT, v. SHIRLEY H. KIRSHEN, APPELLEE.

335 N.W.2d 303

Filed June 17, 1983. No. 82-253.

Alan H. Kirshen, pro se.

Jerome J. Ortman, for appellee.

K<small>RIVOSHA</small>, C.J., B<small>OSLAUGH</small>, M<small>C</small>C<small>OWN</small>, W<small>HITE</small>, H<small>ASTINGS</small>, C<small>APORALE</small>, and S<small>HANAHAN</small>, JJ.

P<small>ER</small> C<small>URIAM</small>.

This is an appeal from a decree of dissolution of marriage.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed. Appellee is allowed the sum of $750 for the services of her attorney in this court.

A<small>FFIRMED</small>.